IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
2013 NOV 26  PM 4: 01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

CISCO SYSTEMS, INC.,

    Plaintiff,

v.

INNOVATIVE WIRELESS SOLUTIONS, LLC,

    Defendant.

Civil Action No. 1:13-cv-00492-LY

JURY TRIAL DEMANDED

## ▬▬▬▬ JOINT SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. On or before <u>September 20, 2013</u>, the parties will exchange initial disclosures, pursuant to 26(a)(1)(A).

2. On or before <u>October 15, 2013</u>, Innovative Wireless Solutions, LLC ("IWS") shall provide Cisco Systems, Inc. ("Cisco") with an identification of asserted claims and its preliminary infringement contentions.

3. On or before <u>November 14, 2013</u>, Cisco shall provide IWS its preliminary invalidity contentions and a copy of the prior art identified which does not appear in the file histories of the patents-in-suit including, where applicable, English translations.

4. On or before <u>November 26, 2013</u>, the parties shall simultaneously exchange proposed terms and claim elements for construction.

5. On or before <u>December 19, 2013</u>, the parties shall exchange preliminary claim constructions and an identification of all intrinsic and extrinsic evidence that supports their proposed constructions.

6. On or before <u>January 7, 2014</u>, the parties shall file a joint claim construction statement that sets forth their respective proposed constructions for the terms that require construction by the court and for any terms for which the parties have agreed to a proposed construction.

7. On <u>January 15, 2014</u>, the claim construction discovery period closes.

8. On or before <u>January 30, 2014</u>, the parties shall file their respective opening claim construction briefs.

9. On or before <u>March 3, 2014</u>, the parties shall file their respective reply claim construction briefs.

**IT IS FURTHER ORDERED** that this case is set for a technology tutorial to the Court at 9:00 a.m. on March 25, 2014.

**IT IS FURTHER ORDERED** that a claims construction hearing is set in this case at 9:00 a.m. on March 26, 2014.

SIGNED this 26th day of November, 2013

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2

**AGREED:**

/s/ Jeffrey S. Pollack
L. Norwood Jameson
Matthew S. Yungwirth
**Duane Morris LLP**
1075 Peachtreet Street, NE
Suite 2000
Atlanta, GA 30309-3929
(404) 253-6900
Fax: (404) 253-6901
wjameson@duanemorris.com
msyungwirth@duanemorris.com

Jeffrey S. Pollack
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1299
Fax: (215) 979-1020
jspollack@duanemorris.com

Diana M. Sangalli
**Duane Morris LLP**
1330 Post Oak Blvd - Ste 800
Houston, TX 77056
(713) 402-3900
Fax: (713) 402-3901
dmsangalli@duanemorris.com

Adam Hugh Sencenbaugh
**Haynes and Boone LLP**
112 E. Pecan Street
Suite 1200
San Antonio, TX 78205
(210) 978-742
Fax: (210) 554-0421
adam.sencenbaugh@haynesboone.com

David H. Harper
**Haynes & Boone, L.L.P.**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5247
Fax: (214) 200-0463
david.harper@haynesboone.com

*Attorneys for the Plaintiff*
*Cisco Systems, Inc.*

/s/ Stephanie R. Wood
Jonathan Baker
**Farney Daniels, PC**
411 Borel Avenue, Suite 350
San Mateo, CA 94402
(424) 268-5200
Fax: (424) 268-5219
jbaker@farneydaniels.com

Stephanie R. Wood
**Farney Daniels P.C.**
800 S. Austin Ave.
Georgetown, TX 78626
(512) 582-2824
Fax: (512) 582-2829
swood@farneydaniels.com

*Attorneys for the Plaintiff*
*Innovative Wireless Solutions, LLC*