FILED

2013 DEC 30  PM 3: 00

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ *KLC*
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:13-cv-00492-LY |
| v. | § | |
| | § | |
| INNOVATIVE WIRELESS SOLUTIONS, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR JOINT CLAIM CONSTRUCTION STATEMENT

The Court, having considered Plaintiff Cisco Systems, Inc.'s ("Cisco") and Defendant Innovative Wireless Solutions, LLC's ("IWS") joint motion for an extension of time to file their joint claim construction statement, finds that the motion for extension has merit and thus hereby GRANTS the joint motion for an extension.

Accordingly, the deadline for the Parties to file their joint claim construction statement is extended until and including January 13, 2014.

Signed this _____ day of December, 2013

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT