FILED
2014 AUG 29 AM 11: 45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:13-cv-00492-LY |
| v. | § | |
| | § | |
| INNOVATIVE WIRELESS SOLUTIONS, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT INNOVATIVE WIRELESS SOLUTIONS, LLC'S MOTION FOR SUBSTITUTION OF COUNSEL

The Court, having considered Defendant Innovative Wireless Solutions, LLC's ("IWS") motion for substitution of counsel, finds that the motion for substitution of counsel has merit and thus hereby GRANTS the motion for substitution of counsel.

Accordingly, it is hereby ORDERED that Steven R. Daniels will be substituted in place of Stephanie R. Wood and will be named the attorney of record for defendant.

Signed this ___ day of _____, 2014

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT